# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# HAMMOND DIVISION

| | |
|---|---|
| WILLIAM G. HALL III,<br><br>    Plaintiff,<br><br>    v.<br><br>MARTIN J. O'MALLEY, Commissioner of the Social Security Administration,<br><br>    Defendant. | CAUSE NO.: 2:23-CV-171-TLS-JEM |

## ORDER

This matter is before the Court on the Defendant's Agreed Motion for Reversal With Remand for Further Administrative Proceedings [ECF No. 22]. The parties agree that the decision of the Commissioner should be reversed and the case should be remanded to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Finding the motion well taken, the Court hereby GRANTS Defendant's Agreed Motion for Reversal With Remand for Further Administrative Proceedings [ECF No. 22], REVERSES the decision of the Commissioner, and REMANDS this matter under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings. Upon remand, the ALJ will more carefully examine the evidence pertaining to Plaintiff's impairments in determining whether those impairments affected his residual functional capacity to a greater degree than the ALJ determined, take further action to complete the administrative record resolving the above issue, and issue a new decision.

SO ORDERED on January 23, 2024.

                                                s/ Theresa L. Springmann
                                              JUDGE THERESA L. SPRINGMANN
                                              UNITED STATES DISTRICT COURT